Michael R. Lozeau (State Bar No. 142893)
Richard Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
michael@lozeaudrury.com
doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE and PETALUMA RIVER COUNCIL

John Briscoe (State Bar No. 053223)
Lawrence S. Bazel (State Bar No. 114641)
Peter Prows (State Bar No. 257819)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA  94104
(415) 402-2700
Fax (415) 398-5630
lbazel@briscoelaw.net
pprows@briscoelaw.net

Attorneys for Defendants
WEST SONOMA COUNTY DISPOSAL SERVICE, INC.;
REDWOOD EMPIRE DISPOSAL, INC.; NOVATO DISPOSAL, INC.;
JAMES RATTO; JAMES R. SALYERS; AND RICK HOLLIDAY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WEST SONOMA COUNTY DISPOSAL SERVICE, INC., et al.,<br><br>        Defendants. | Case No. C-10-03441 JCS<br><br>**JOINT STIPULATION TO EXTEND UPCOMING LITIGATION DEADLINES TO ACCOMMODATE CONTINUING SETTLEMENT NEGOTIATIONS** |

1   WHEREAS, Plaintiffs California Sportfishing Protection Alliance and Petaluma River Council ("Plaintiffs") and Defendants West Sonoma County Disposal Service, Inc., Redwood Empire Disposal, Inc., Novato Disposal Service, Inc., James Ratto, James R. Salyers, and Rick Holliday ("Defendants") are in continuing settlement negotiations before Magistrate Judge Corley, and are scheduling an appearance before Judge Corley early in August 2012 for a further settlement conference;

WHEREAS, the following deadlines have been set for the case:

| | |
|---|---|
| Expert disclosure | August 24, 2012 |
| Further Case Management Conference | September 14, 2012 at 1:30 p.m. |
| Expert rebuttal disclosure | September 24, 2012 |
| Non-expert discovery cutoff | November 16, 2012 |
| Expert discovery cutoff | November 16, 2012 |
| Dispositive motion hearing | January 18, 2013 at 1:30 p.m. |
| Case management conference to set trial date | February 15, 2013 at 1:30 |

WHEREAS, Plaintiffs and Defendants agree that it is appropriate to reschedule these deadlines and appearances by approximately 60 days to facilitate further settlement negotiations;

WHEREAS, the parties believe it would be in their mutual best interest to extend all deadlines and the trial date in this matter an additional two months in order to allow the parties to engage in further settlement discussions and potentially resolve this action; and

WHEREAS, the parties believe that such an extension would conserve the resources of the court;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their respective counsel, to respectfully request that the Court vacate the above deadlines and appearances and reset them as follows:

| | |
|---|---|
| Expert disclosure | October 26, 2012 |
| Further Case Management Conference | October 19, 2012 at 1:30 p.m. |
| Expert rebuttal disclosure | November 21, 2012 |
| Non-expert discovery cutoff | January 11, 2013 |
| Expert discovery cutoff | January 11, 2013 |
| Dispositive motion hearing | March 29, 2013 at 1:30 p.m. |
| Case management conference to set trial date | April 26, 2013 at 1:30 |

Dated: July 23, 2012                      Respectfully submitted,

                                          LOZEAU DRURY LLP

                                          By: /s/ *Michael R. Lozeau*\*
                                          Michael R. Lozeau
                                          Attorney for Plaintiffs California
                                          Sportfishing Protection Alliance
                                          and Petaluma River Counsel

Dated:  July 23, 2012                     BRISCOE IVESTER & BAZEL LLP

                                          By: /s/ *Lawrence S. Bazel*
                                          Lawrence S. Bazel
                                          Attorneys for Defendants West Sonoma County
                                          Disposal Service, Inc.; Redwood Empire Disposal, Inc.;
                                          Novato Disposal, Inc.; James Ratto; James R. Salyers;
                                          and Rick Holliday

\*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  July 25, 2012

_____
Magistrate Judge Joseph C. Spero

Joint Stipulation To Extend Upcoming Litigation Deadlines To Accommodate Continuing Settlement Negotiations                    3                    Case No. C-10-03441 JCS