Michael R. Lozeau (State Bar No. 142893)
Richard Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
michael@lozeaudrury.com
doug@lozeaudrury.com

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE and PETALUMA RIVER COUNCIL

Peter Simon (State Bar No. 178393)
BEYERS COSTIN
200 4th Street, #400
Santa Rosa, CA  95402-0878
Tel: (707) 547-2000
Fax (707) 526-2746
psimon@beyerscostin.com

Attorneys for Defendants
WEST SONOMA COUNTY DISPOSAL SERVICE, INC.;
REDWOOD EMPIRE DISPOSAL, INC.; NOVATO DISPOSAL, INC.;
JAMES RATTO; JAMES R. SALYERS; AND RICK HOLLIDAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST SONOMA COUNTY DISPOSAL SERVICE, INC., et al.,<br><br>Defendants. | Case No. C-10-03441 JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Case Management Conf:  December 14, 2012<br>Time:  1:30 pm<br>Courtroom:  G, 15th Floor<br><br>Magistrate Judge Joseph C. Spero |

The parties respectfully submit this joint case management update.  As the Court is aware, with the assistance of Magistrate Judge Jacqueline Scott Corley, the parties reached a settlement in principle of this action as of October 25, 2012.  *See* Docket #63.  Since that date, the parties have

prepared and exchanged settlement documents to memorialize the agreement. Counsel believe that the finalization of the documents is imminent and hope to obtain client signatures in the next few days. In light of the settlement and the imminent completion of the settlement documents, the parties jointly request that the Court vacate the upcoming case management conference scheduled for this Friday, December 14, 2012, at 1:30 pm and re-schedule the conference for January 4, 2013, or as soon thereafter as is convenient for the Court. Prior to that date, the parties expect to file a Notice of Settlement and a request for the Court to vacate dates and stay the case pending the Environmental Protection Agency's 45-day review of the settlement documents.

Respectfully submitted,

Dated: December 12, 2012          LOZEAU DRURY LLP

By: /s/ *Michael R. Lozeau*\*
Michael R. Lozeau
Attorney for Plaintiffs California
Sportfishing Protection Alliance
and Petaluma River Counsel

Dated:  December 12, 2012          BEYERS COSTIN

By: /s/ *Peter Simon*
Peter Simon
Attorneys for Defendants West Sonoma County
Disposal Service, Inc.; Redwood Empire Disposal, Inc.;
Novato Disposal, Inc.; James Ratto; James R. Salyers;
and Rick Holliday

*I hereby attest that I have approval from counsel for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

IT IS HEREBY ORDERED THAT the case management conference scheduled for 12/14/12 at 9:30 AM, has been continued to January 4, 2013, at 1:30 PM.
Dated: 12/12/12

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

Joint Case Management Statement                                    Case No. C-10-03441 JCS